IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORI DIANE BACZKOWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF NEW YORK MELLON, QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, and SELECT PORTFOLIO SERVICING, INC.,<br><br>    Defendants. | Civ. No. 6:16-cv-00150-MC<br><br>ORDER TO SHOW CAUSE |

MCSHANE, Judge:

On January 26, 2016, Appellant Baczkowski filed a Notice of Appeal of an Order of Dismissal issued by Bankruptcy Judge Alley. ECF No.1; *see also* Bankruptcy No. 15-62839-fra13, ECF No 23.

This Court then issued a Scheduling Order directing Baczkowski to serve and file her appellate brief within thirty days of January 28, 2016. As of the date of this filing, Baczkowski has not filed her brief and has filed for no motions of extension of time. Under LR 2200-3(e), Baczkowski's failure to file is grounds for dismissal.

1 – ORDER TO SHOW CAUSE

Defendants now move this Court for an Order to Show Cause as to why this action should not be dismissed for failure to timely file. ECF No. 9. Defendants' motion is GRANTED. **Appellant is allowed 30 days from the date of this Order to file her opening brief, otherwise this appeal will be dismissed with prejudice.**

IT IS SO ORDERED.

DATED this _13_ day of May, 2016.

_____<br>
Michael J. McShane<br>
United States District Judge

2 – ORDER TO SHOW CAUSE