Oren B. Haker, OSB No. 130162
oren.haker@stoel.com
Crystal S. Chase, OSB No. 093104
crystal.chase@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, Oregon 97205-2584
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

    Attorneys for Appellees Bank of New York Mellon and Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LORI DIANE BACZKOWSKI, | Case No.: 6:16-cv-00150-MC |
| Appellant, | NOTICE OF FIRM ADDRESS CHANGE |
| v. | |
| BANK OF NEW YORK MELLON; QUALITY LOAN SERVICE CORPORATION OF WASHINGTON; and SELECT PORTFOLIO SERVICING, INC., | |
| Appellees. | |

    YOU ARE HEREBY NOTIFIED that, effective May 31, 2016, the address for Stoel Rives, LLP, the attorneys for Appellees Bank of New York Mellon and Select Portfolio Servicing, Inc., is as follows:

Page 1   -   NOTICE OF FIRM ADDRESS CHANGE

STOEL RIVES LLP
760 SW Ninth Avenue
Suite 3000
Portland, Oregon 97205-2584

Please note the telephone and facsimile numbers will remain the same.

All further pleadings, other than original service of process, should be served upon Stoel Rives, LLP at the address stated above.  Please kindly update your records accordingly.

DATED:  July 13, 2016.

STOEL RIVES LLP


*/s/ Crystal S. Chase*
OREN B. HAKER, OSB No. 130162
CRYSTAL S. CHASE, OSB No. 093104
Telephone:  (503) 224-3380


Attorneys for Appellees Bank of New York Mellon and Select Portfolio Servicing, Inc.

Page 2   -   NOTICE OF FIRM ADDRESS CHANGE

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF FIRM ADDRESS CHANGE** on the following named person(s) on the date indicated below by

- ☒ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☐ email
- ☐ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Lori Diane Bacskowski
1025 Ne Fall Drive
Grants Pass, OR 97526

Appellant, *Pro Se*

DATED:  July 13, 2016.

STOEL RIVES LLP

*/s/ Crystal S. Chase*
OREN B. HAKER, OSB No. 130162
CRYSTAL S. CHASE, OSB No. 093104
Telephone:  (503) 224-3380

Attorneys for Appellees Bank of New York Mellon and Select Portfolio Servicing, Inc.

Page 1   -   CERTIFICATE OF SERVICE