Oren B. Haker, OSB No. 130162
oren.haker@stoel.com
Crystal S. Chase, OSB No. 093104
crystal.chase@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue
Suite 3000
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

    Attorneys for Appellees Bank of New York Mellon and Select Portfolio Servicing, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LORI DIANE BACZKOWSKI,<br><br>    Appellant,<br><br>v.<br><br>BANK OF NEW YORK MELLON;<br>QUALITY LOAN SERVICE<br>CORPORATION OF WASHINGTON; and<br>SELECT PORTFOLIO SERVICING, INC.,<br><br>    Appellees. | Case No.: 6:16-cv-00150-MC<br><br>APPELLEES BANK OF NEW YORK MELLON AND SELECT PORTFOLIO SERVICING, INC.'S RESPONSE TO APPELLANT'S REQUEST TO EXTEND TIME TO FILE BRIEF |

    Appellees Bank of New York Mellon, f/k/a The Bank of New York, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2007-23cb, Mortgage Pass-Through Certificates, Series 2007-23cb ("the **Trust**") and Select Portfolio Servicing, Inc. ("**SPS**") hereby

Page 1 -    APPELLEES BANK OF NEW YORK MELLON AND SELECT PORTFOLIO SERVICING, INC.'S RESPONSE TO APPELLANT'S REQUEST TO EXTEND TIME TO FILE BRIEF

88443271.1 0052161-03258

oppose *pro se* Appellant Lori Diane Baczkowski's ("**Debtor**" or "**Appellant**") Request to Extend Time to File Brief - FRBP 8011 ("**Request to Extend Time**").

Debtor filed her Notice of Appeal from the order of the United States Bankruptcy Court for the District of Oregon dismissing her adversary proceeding on January 26, 2016 (Dkt. #1). The Court ordered her to serve and file her opening brief within 30 days but Debtor did not do so. (Dkt. #10.) The Court issued an order to Debtor to show cause why the appeal should not be dismissed and, specifically, to file her opening brief by June 13, 2016. (Dkt. #10.) Following filing of the opening brief, the Trust and SPS timely filed the answering brief on July 13, 2016. (Dkt. #13.) On July 27, 2016, Debtor filed a request for an extension of time to file her reply brief until September 26, 2016, and the Court granted that request. (Dkt. #20.) Debtor has now filed a second Request to Extend Time to file her brief to October 24, 2016. (Dkt. #21.) That Request to Extend Time is substantively identical to the prior request for an extension of time and does not identify any particular reason why additional time is needed beyond the extension of time already received by Debtor. (*Id.*)

Nine months will have elapsed by Debtor's proposed deadline of October 24, 2016. The Trust and SPS respectfully request that, to avoid further delay in resolution of this bankruptcy appeal, if the Court is inclined to grant Debtor's Request to Extend Time, the Court also order that no further extensions beyond October 24, 2016 will be granted.

DATED: September 29, 2016.        STOEL RIVES LLP

*/s/ Crystal S. Chase*
OREN B. HAKER, OSB No. 130162
CRYSTAL S. CHASE, OSB No. 093104
Telephone: (503) 224-3380

Attorneys for Appellees the Trust and Select Portfolio Servicing, Inc.

Page 2 -  APPELLEES BANK OF NEW YORK MELLON AND SELECT PORTFOLIO SERVICING, INC.'S RESPONSE TO APPELLANT'S REQUEST TO EXTEND TIME TO FILE BRIEF

88443271.1 0052161-03258

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing APPELLEES BANK OF NEW YORK MELLON AND SELECT PORTFOLIO SERVICING, INC.'S RESPONSE TO APPELLANT'S REQUEST TO EXTEND TIME TO FILE BRIEF on the following named person(s) on the date indicated below by

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ email

☐ notice of electronic filing using the Cm/ECF system

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Lori Diane Bacskowski
1025 Ne Fall Drive
Grants Pass, OR 97526
Appellant, *Pro Se*

DATED: September 29, 2016.

STOEL RIVES LLP

*/s/ Crystal S. Chase*
OREN B. HAKER, OSB No. 130162
CRYSTAL S. CHASE, OSB No. 093104
Telephone: (503) 224-3380

Attorneys for Appellees the Trust and Select Portfolio Servicing, Inc.

Page 1   -   CERTIFICATE OF SERVICE