IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LORI DIANE BACZKOWSKI**, | |
| Appellant, | **Civ. No. 6:16-cv-00150-MC** |
| v. | **JUDGMENT** |
| **BANK OF NEW YORK MELLON**; **QUALITY LOAN SERVICE CORPORATION OF WASHINGTON**; and **SELECT PORTFOLIO SERVICING, INC.**, | |
| Appellees. | |

_____

**MCSHANE, Judge**:

      Based on the record, the bankruptcy judge's Adversary Dismissal Order is AFFIRMED and this action is dismissed.

      DATED this 3rd day of November, 2016.

_____
**Michael J. McShane**
**United States District Judge**

JUDGMENT