IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LORI DIANE BACZKOWSKI**, <br><br> Appellant, <br><br> v. <br><br> **BANK OF NEW YORK MELLON**; **QUALITY LOAN SERVICE CORPORATION OF WASHINGTON**; and **SELECT PORTFOLIO SERVICING, INC.**, <br><br> Appellees. | Civ. No. 6:16-cv-00150-MC <br><br> ORDER |

**MCSHANE, Judge**:

Appellant's Motion for Expedited Relief From Judgment – FRCP 60 (ECF No. 27) is now before this Court. Because none of the enumerated grounds for relief exists, FRCP 60(b), the Motion is DENIED.

IT IS SO ORDERED.

Dated this 3rd day of January, 2017.

                                                                               ____/s/Michael J. McShane_____
                                                                                **Michael J. McShane**
                                                                    **United States District Judge**